```
FILED
AUG 15 2019
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY
```

1  ROBERT S. BREWER, JR.
   United States Attorney
2  MARIETTA I. GECKOS
   Assistant United States Attorney
3  California Bar No. 271111
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California  92101-8893
5  Telephone:  (619) 557-6952

6  Attorneys for United States of America

7                  UNITED STATES DISTRICT COURT

8                  SOUTHERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,           Case No.: 19mj3418

10                 Plaintiff,           **STIPULATION OF FACT AND**
                                        **JOINT MOTION FOR RELEASE OF**
11        v.                            **MATERIAL WITNESS(ES) AND**
                                        **ORDER THEREON**
12  Jeena Marie DE LA FUENTE,
                                        (Pre-Indictment Fast-Track
13                 Defendant.           Program)

14  _____

15      IT IS HEREBY STIPULATED AND AGREED between the plaintiff,
16  UNITED STATES OF AMERICA, by and through its counsel, Robert S. Brewer,
17  Jr., United States Attorney, and Marietta I. Geckos, Assistant United
18  States Attorney, and defendant Jeena Marie DE LA FUENTE, by and through
19  and with the advice and consent of defense counsel, Jami Ferrara
20  that:

21      1.  Defendant agrees to execute this stipulation on or before
22  the first preliminary hearing date and to participate in a full and
23  complete inquiry by the Court into whether defendant knowingly,
24  intelligently and voluntarily entered into it.

25      2.  The material witnesses, Yunzhong WU, Xiuyong ZHANG, and
    Jinting CHENG in this case:
26
           a.   Are aliens with no lawful right to enter or remain in
27              the United States;

28         b.   Entered or attempted to enter the United States
                illegally on or about August 12, 2019;

MIG:*:8/13/2019

      c.    Were found in a Volkswagen Golf, driven by Jeena Marie DE LA FUENTE at the Otay Mesa, California Port of Entry (POE) and that defendant knew or acted in reckless disregard of the fact that they are aliens with no lawful right to enter or remain in the United States;

      d.    Material witnesses were going to pay between $4,000.00 U.S. dollars and an undisclosed amount of money to smugglers to be brought into the United States illegally and/or transported illegally to her destination therein; and,

      e.    May be released and remanded immediately to the Department of Homeland Security for return to their country of origin.

3. The vehicle driven by Jeena Marie DE LA FUENTE in this case;

      a.    Was seized as evidence and is held by the Department of Homeland Security;

      b.    May be released as evidence and immediately disposed of by the Department of Homeland Security.

4. After the court has ordered the material witnesses released, pursuant to this stipulation and joint motion, if defendant does not plead guilty to a violation of 8 U.S.C. § 1324, for any reason, or thereafter withdraws her guilty plea to that charge, defendant agrees that in any proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

      a.    The stipulated facts set forth in paragraph 2 above shall be admitted as substantive evidence;

      b.    The United States may elicit hearsay testimony from arresting agents regarding any statements made by the material witness(es) provided in discovery, and such testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest of (an) unavailable witness(es);

      c.    Understanding that under Crawford v. Washington, 124 S. Ct. 1354 (2004), "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant waives the right to confront and cross-examine the material witness(es) in this case; and,

        d.    Defendant waives the opportunity to examine the vehicle or object to its unavailability in this case.

5. By signing this stipulation and joint motion, defendant certifies that defendant has read it (or that it has been read to defendant in defendant's native language). Defendant certifies further that defendant has discussed the terms of this stipulation and joint motion with defense counsel and fully understands its meaning and effect.

Based on the foregoing, the parties jointly move the stipulation into evidence and for the immediate release and remand of the above-named material witnesses to the Department of Homeland Security for return to their country of origin.

It is **STIPULATED AND AGREED** this date.

Respectfully submitted,

ROBERT S. BREWER, JR.
United States Attorney

8/14/19
DATED

MARIETTA I. GECKOS
Assistant U.S. Attorney

8/14/19
DATED

Defense Counsel

8/14/19
DATED

Jeena Marie DE LA FUENTE
Defendant

**O R D E R**

Upon joint application and motion of the parties, and for good cause shown,

**THE STIPULATION** is admitted into evidence; and

**IT IS ORDERED** that the above-named material witness(es) be released and remanded forthwith to the Department of Homeland Security for return to their country of origin.

**SO ORDERED.**

DATED 8/14/19

United States Magistrate Judge